UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PEDRO ARROYO,

    Plaintiff,

v.

MICHELLE A. KING,
Acting Commissioner of Social Security,

    Defendant.

**JUDGMENT**

5:24-CV-427-BO-BM

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Defendant for further proceedings.

**This judgment filed and entered on February 10, 2025, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Lee Kouvousis (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

February 10, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk